UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GENWORTH LIFE and ANNUITY INSURANCE COMPANY <br> Plaintiff, <br><br> v. <br><br> MARY-KAREN VIRGINIA WIREIN, <br> CYNTHIA DARLENE DOUD, <br> JAMES ROBERT DYER, DONALD RAY DYER <br> DIANE PATRICIA FUKUDA, <br> PATRICIA MARIE HILL, <br> SUSAN MARIE BRUMAGHIM, PAUL <br> CHRISTOPHER FERRELL and SEAN WILLIAM <br> FERRELL, <br> Defendants. | C.A. No. 1:20-cv-00572-JL |

## ORDER ON PLAINTIFF'S ASSENTED TO MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AND FOR DISMISSAL AND ENTRY OF FINAL JUDGMENT

Upon consideration of the Motion of interpleader plaintiff Genworth Life and Annuity Insurance Company ("GLAIC"), to deposit funds into the Registry of the Court, it is hereby ordered as follows:

1) GLAIC's Motion to Deposit Funds into the Registry of the Court and for Dismissal and Entry of Final Judgment is ALLOWED;

2) Within twenty (20) days of the entry of this Order, GLAIC will deposit with the Registry of the Court the amount of $120,000 (plus accrued interest) from Life Insurance Policy No. H075149 (the "Policy"), for ultimate disposition and disbursement by further Order of this Court;

So ORDERED and SIGNED this 22nd day of October, 2020.

_____
Joseph N. Laplante
United States District Judge